**358**

UNITED STATES of America, Appellant,

v.

Thomas A. WALSH, Jr., and Marjorie C. Walsh.

No. 16099.

United States Court of Appeals Eighth Circuit.

Oct. 20, 1958.

William C. Spire, U. S. Atty., and Robert H. Berkshire, Asst. U. S. Atty., Omaha, Neb., for appellant.

Robert D. Mullin, Omaha, Neb., for appellees.

PER CURIAM.

Appeal from District Court, 163 F. Supp. 421, dismissed, on dismissal of appeal filed by appellant.

Joseph P. SCHMIT, Petitioner,

v.

SECURITIES & EXCHANGE COMMISSION, Respondent,
Great Northern Investments, Inc., Intervenor.

No. 16072.

United States Court of Appeals Eighth Circuit.

Oct. 27, 1958.

Schermer & Gensler, Minneapolis, Minn., for petitioner.

Thomas G. Meeker, Gen. Counsel, David Ferber, Asst. Gen. Counsel, and Sidney D. Goldberg, Sp. Counsel, Securities & Exchange Commission, Washington, D. C., for respondent.

John W. Windhorst, Minneapolis, Minn., George M. Schlosser and John P. Ryan, Jr., Chicago, Ill., for intervenor.

PER CURIAM.

Petition to review order of Securities & Exchange Commission dismissed with prejudice, on motion of petitioner.

Edwin W. PAUL, Appellant,

v.

Michael CLARE, Trustee of the Estate of Jerry Lee McDonald, Bankrupt, Appellee.

No. 13536.

United States Court of Appeals Sixth Circuit.

Oct. 15, 1958.

Edwin W. Paul, Louisville, Ky., for appellant.

Michael Clare and W. H. Manske, Louisville, Ky., for appellee.

PER CURIAM.

No response having been made by appellant to the show cause order entered herein on September 15, 1958;

It is now ordered that this appeal be and it is dismissed for want of prosecution.